UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ODI MUHAISEN, | |
| Petitioner, | |
| v. | No. 6:25-CV-063-H |
| KRISTI NOEM, et al., | |
| Respondents. | |

## ORDER OF DISMISSAL

Before the Court is Muhaisen's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which dismisses the case with prejudice. Dkt. No. 8. The Court instructs the Clerk of Court to dismiss this action with prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorneys' fees.

So ordered on August 8, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE